Judgment in a Civil Case (02/11)

# UNITED STATES DISTRICT COURT
for the
Central District of Illinois

| | |
|---|---|
| **Dominique Pouliot,** ) | |
| ) | |
| **Plaintiff,** ) | |
| ) | |
| vs. ) | Case Number: 19-2067 |
| ) | |
| **The Board of Trustees of University of Illinois, Dale Van Harligen, Denise Donnelly, and Craig Hoefer** ) ) ) | |
| ) | |
| **Defendants.** ) | |

## JUDGMENT IN A CIVIL CASE

☐ **JURY VERDICT**. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒ **DECISION BY THE COURT**. This action came before the Court, and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED** Plaintiff recovers nothing from her claim and the case is dismissed with prejudice.

**Dated: 8/30/2021**

s/ Shig Yasunaga
Shig Yasunaga
Clerk, U.S. District Court