## IN THE UNITED STATES DISTRICT COURT
## FOR THE CENTRAL DISTRICT OF ILLINOIS
## URBANA DIVISION

| | |
|---|---|
| **DOMINIQUE POULIOT,**<br><br>**Plaintiff,**<br><br><br>**THE BOARD OF TRUSTEES OF**<br>**THE UNIVERSITY OF ILLINOIS, et al.,**<br><br>**Defendants.** | **Case No. 19-2067**<br>**District Judge Colin S. Bruce**<br>**Magistrate Judge Eric Long** |

### PLAINTIFF'S DOCKETING/JURISDICTIONAL STATEMENT

**I.     The district court's jurisdiction**

1.     This is an action for age discrimination and retaliation pursuant to Title VII of the Civil Rights Act, 42 U.S.C. §§2000e et seq., as amended, to redress and enjoin unlawful employment practices by Defendant.

2.     Defendants are the board of directors of a university; and at all times relevant herein, Defendants had a substantial physical and corporate presence within this Judicial District. Defendants' university is an employer within the meaning of 42 U.S.C. §2000e (b) and employs more than 500 people.

3.     The district court had jurisdiction pursuant to Title VII of the Civil Rights Act, 42U.S.C. §§2000e et seq., as amended, and 42 U.S.C. §1981, to redress unlawful employment practices by Defendants.

**II.     Appellate jurisdiction**

1.     The Seventh Circuit Court of Appeals has jurisdiction based on 28

USCS § 1291 (2001), which states that a court of appeals has jurisdiction from all final orders of decisions of the district courts.

    2.    On August 30, 2021, Judge Colin Bruce entered a final order, granting Defendants' Motion to Dismiss for Lack of Prosecution.

    3.    On September 21, 2021, Plaintiff filed her notice of appeal.

    Respectfully submitted,

s/ Mitchell A. Kline
Attorney for Plaintiff
Law Office of Mitchell A. Kline
203 N. LaSalle Street, Suite 2100
Chicago, Illinois 60601